**Dismiss and Opinion Filed August 23, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00581-CR
### No. 05-13-00583-CR

**WHITFIELD DAVIS EDWARDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-17106-V, F10-17107-V**

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Fillmore
Opinion by Justice Francis

Whitfield Davis Edwards pleaded guilty to two offenses of tampering with government records. Following plea agreements in each, the trial court deferred adjudicating appellant's guilt and placed him on community supervision for two years. The court also assessed a $1,200 fine in cause no. 05-13-00581-CR. Punishment was assessed in open court on February 19, 2013, and the trial court certified that appellant was appealing the rulings on pretrial motions. Appellant filed motions for new trial on February 21, 2013 and notices of appeal on April 24, 2013. We conclude we lack jurisdiction over the appeals.

A motion for new trial is not a remedy available to a defendant who receives deferred adjudication. *See Donovan v. State*, 68 S.W.3d 633, 636 (Tex. Crim. App. 2002). Thus, a motion for new trial is ineffective to extend the time for filing a notice of appeal in a case in

which the defendant has received deferred adjudication. *Murray v. State*, 89 S.W.3d 187, 188 (Tex. App.—Dallas 2002, pet. ref'd).

In each case, the trial court deferred adjudicating appellant's guilt on February 19, 2013. Therefore, appellant's notices of appeal were due within thirty days of that date, that is, by March 21, 2013. *See* TEX. R. APP. P. 26.2(a)(1); *Murray*, 89 S.W.3d at 188. Appellant's April 24, 2013 notices of appeal are untimely, leaving us without jurisdiction over the appeals. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam).

We dismiss the appeals for want of jurisdiction.

/Molly Francis/
MOLLY FRANCIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
130581F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

WHITFIELD DAVIS EDWARDS,
Appellant

No. 05-13-00581-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F10-17106-V.
Opinion delivered by Justice Francis.
Justices O'Neill and Fillmore participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered August 23, 2013

/Molly Francis/
MOLLY FRANCIS
JUSTICE

–3–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WHITFIELD DAVIS EDWARDS,
Appellant

No. 05-13-00583-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F10-17107-V.
Opinion delivered by Justice Francis.
Justices O'Neill and Fillmore participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of
jurisdiction.

Judgment entered August 23, 2013

/Molly Francis/

MOLLY FRANCIS
JUSTICE